# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

THE GALE GROUP, INC.,

        Plaintiff,

  - against -

JOSEPH BUCCI, JACK WILLIAMS (AKA JOHN AND J.J. WILLIAMS), AND JENNIFER CERNY,

        Defendants.

## APPEARANCE

CASE NUMBER: 3:09-cv-02092-PCD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff The Gale Group, Inc.

I certify that I am admitted to practice in this court

| | |
|---|---|
| February 9, 2010 | _(signature)_ |
| **Date** | **Signature** |
| phv03826 | Walter A. Saurack |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (212) 818-9200 | 230 Park Avenue, Suite 1130 |
| **Telephone Number** | **Address** |
| (212) 818-9606/7 | New York, NY 10169 |
| **Fax Number** | |
| wsaurack@ssbb.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2010, a copy of the foregoing __Appearance__ was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Atty-Appearance.wpd Sept. 2008