# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

THE GALE GROUP, INC.

APPEARANCE

CASE NUMBER: 3:09-cv-02092 (PCD)

v.

JOSEPH BUCCI, JACK WILLIAMS
(a/k/a JOHN AND J.J. WILLIAMS),
and JENNIFER CERNY.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants Joseph Bucci, Jack Williams (a/k/a John and J.J. Williams) and Jennifer Cerny

I certify that I am admitted to practice in this court.

2-16-10
**Date**

phv03828
**Connecticut Federal Bar Number**

(734) 663-7550
**Telephone Number**

(734) 663-7592
**Fax Number**

jsalvatore@nachtlaw.com
**E-mail address**

*[signature]*
**Signature**

Jennifer B. Salvatore
**Print Clearly or Type Name**

101 North Main Street, Ste. 555
**Address**

Ann Arbor, MI 48104

## CERTIFICATE OF SERVICE

I hereby certify that on 2/17/10, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*[signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Atty-Appearance.wpd Sept. 2008