UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE GALE GROUP, INC., | ) | CASE NO. 3:09-CV-2092 (PCD) |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH BUCCI and JENNIFER CERNY, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JACK WILLIAMS (AKA JOHN AND J.J. WILLIAMS), | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

## JOINT STIPULATED MOTION TO ADJOURN STATUS CONFERENCE

The Plaintiffs and Defendants in this matter jointly request that the Status Conference scheduled for Tuesday, March 23, 2010, be adjourned. The requested adjournment is necessary because the parties have reached settlement in principle. Once the settlement papers are finalized, a stipulated dismissal will be filed.

Respectfully submitted,

| | |
|---|---|
| s/Walter S. Saurack | s/Jennifer B. Salvatore |
| James F. Rittinger | Jennifer B. Salvatore (phv03828) |
| Walter S. Saurack | Nacht & Associates, P.C. |
| Satterlee, Stephens, Burke & Burke | Lead Counsel for Defendants/Counter-Defendant |
| 230 Park Avenue | 101 North Main Street, Suite 555 |
| New York, NY 10169 | Ann Arbor, MI 48104 |
| Phone: (212) 404-8703 | Phone: (734) 663-7550 |
| Fax: (212) 818-9606 | Fax: (734) 663-7550 |
| E-Mail: wsaurack@ssbb.com | E-Mail: jsalvatore@nachtlaw.com |

Dated: March 18, 2010        March 18, 2010

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2010, a copy of foregoing Joint Stipulated Motion to Adjourn Status Conference was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      Respectfully submitted,
      NACHT & ASSOCIATES, P.C.

      /s/ Jennifer B. Salvatore
      Jennifer B. Salvatore (phv03828)
      Lead Counsel for Defendants/Counter-Defendant
      101 North Main Street, Suite 555
      Ann Arbor, MI 48104
      Phone: (734) 663-7550
      Fax:  (734) 663-7550
      E-Mail:  jsalvatore@nachtlaw.com

Dated: March 18, 2010