UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE GALE GROUP, INC., : | |
| : | CASE NO. 3:09-CV 2092 (PCD) |
| Plaintiff/Counter-Defendant, : | |
| : | |
| v. : | |
| : | |
| JOSEPH BUCCI and JENNIFER CERNY, : | |
| : | |
| Defendants. : | |
| : | |
| and : | |
| : | |
| JACK WILLIAMS (AKA JOHN AND : | |
| J.J. WILLIAMS), : | APRIL 21, 2010 |
| : | |
| Defendant/Counter-Plaintiff. : | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE
IN WHICH TO FILE STIPULATION OF DISMISSAL**

After reporting to the Court that the parties reached a settlement in principal, this Court issued an Order dated March 23, 2010, directing that the parties had 30 days to file a stipulated dismissal (i.e., by April 22, 2010). The parties are still negotiating the terms of a final settlement agreement and more time is needed to finalize and execute same. Accordingly, the plaintiff, with

the consent of defendants' counsel, hereby requests an extension of three weeks, to and including May 13, 2010, in which to finalize the settlement and file closing papers with the Court.

By: /s/ Scott R. Lucas (ct00517)
Scott R. Lucas (ct00517)
Lucas Bagnell LLC
18 Kings Highway North
Westport, CT 06880
Phone: (203) 227-8400
Fax: (203) 227-8402
slucas@lucasbagnell.com
**_AND_**

James F. Rittinger (ct02892)
Walter A. Saurack (phv03826)
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Phone: (212) 818-9200
Fax:  (212) 818-9606
E-Mail: jrittinger@ssb.com
         wsaurack@ssbb.com

***Attorneys for Plaintiff/Counter-Defendant
The Gale Group, Inc.***

2

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of April 2010 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Jennifer Salvatore, Esq.
Nacht & Associates, P.C.
101 N. Main Street, Suite 555
Ann Arbor, MI 48104
Phone: (734) 663-7550
Fax: (734) 663-7592
jsalvatore@nachtlaw.com

Henry F. Murray, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly
557 Prospect Avenue
Hartford, CT 06105-2922
Phone: (860) 233-9821
Fax: (860) 232-7818
hfmurray@lapm.org

    /s/ Scott R. Lucas (ct00517)
    Scott R. Lucas (ct00517)
    Lucas Bagnell LLC
    18 Kings Highway North
    Westport, CT 06880
    Phone: (203) 227-8400
    Fax: (203) 227-8402
    slucas@lucasbagnell.com