UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE GALE GROUP, INC., | : |
|     Plaintiff/Counter-Defendant, | : CASE NO. 3:09-CV 2092 (PCD) |
| v. | : |
| JOSEPH BUCCI and JENNIFER CERNY, | : |
|     Defendants. | : |
| and | : |
| JACK WILLIAMS (AKA JOHN AND J.J. WILLIAMS), | : |
|     Defendant/Counter-Plaintiff. | : |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties that this action shall be and hereby is dismissed with prejudice and with each party to bear its own costs.

803893_1

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed via facsimile and in counterparts.

Dated:  May 13, 2010

**SATTERLEE STEPHENS BURKE & BURKE LLP**

By: _____
James F. Rittinger (JFR -        )
Walter A. Saurack (WAS        )
Attorneys for Plaintiff/Counter-Defendant

The Gale Group, Inc.
230 Park Avenue, Suite 1130
New York, New York  10169
Phone: (212) 818-9200
Fax:  (212) 818-9606
E-Mail:  jrittinger@ssb.com
           wsaurack@ssbb.com

**NACHT & ASSOCIATES, P.C.**

By: _____
Jennifer B. Salvatore (phv013828)
Attorneys for Defendants/Counter-Defendant
  Joseph Bucci and Jennifer Cerny and Jack Williams
  (aka John and J.J.Williams)
101 North Main Street, Suite 555
Ann Arbor, MI  48104
Phone: (734) 663-7550
Fax: (734) 663-7550
E-Mail: jsalvatore@nachtlaw.com